

# Fourth Court of Appeals
## San Antonio, Texas

September 6, 2023

No. 04-23-00307-CR

**EX PARTE** Jose Francisco **CASTILLO-RAMOS**

Original Proceeding[1]

**ORDER**

On March 30, 2023, relator filed a petition for writ of mandamus. Relator also filed a motion to stay the underlying proceeding pending final resolution of the petition for writ of mandamus.

On June 21, 2023, we issued an opinion holding that equal protection claims are cognizable in a pre-trial application for writ of habeas corpus. *See Ex parte Aparicio*, No. 04-22-00632-CR, 2023 WL 4095939, at *11 (Tex. App.—San Antonio June 21, 2023, pet. filed) (en banc). We believe the trial court should have an opportunity to reconsider its decision in light of our recent opinion. Therefore, we **DENY** the petition for writ of mandamus **WITHOUT PREJUDICE** to relator seeking relief, if necessary, after the trial court has had an opportunity to reconsider its ruling. *See* TEX. R. APP. P. 52.8(a).

The complaint raised in relator's petition for writ of mandamus pertaining to his in-person attendance at an April 4, 2023 pretrial hearing is **DISMISSED** as moot. Relator's motion to stay is **DENIED** as moot.

It is so **ORDERED** on September 6, 2023.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of September, 2023.

_____
Michael A. Cruz, Clerk of Court

[1] This proceeding arises out of Cause No. 4021, styled *State of Texas v. Jose Francisco Castillo-Ramos*, pending in the County Court, Maverick County, Texas, the Honorable Susan D. Reed presiding.